632 A.2d 308

In the Interest of Jason CUNNINGHAM, a Minor.

Appeal of COMMONWEALTH of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Sept. 21, 1992.

Decided Nov. 5, 1993.

David L. Cook, Dist. Atty., Robert F. Hawk, Asst. Dist. Atty., Butler, for appellant.

Catherine Marshall, Chief–Appeals Unit, George S. Leone, Asst. Dist. Atty., Philadelphia, for Pennsylvania Dist. Attorneys Assn.

David Crissman, Butler, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the decision of this case.